| Date | Pleading Number | |
|---|---|---|
| 6/20/74 | 1. | MOTION -- Defendant Dobson and Johnson, Inc., with supporting brief, complaints in two cases involved in motion and miscellaneous exhibits and certificate of service<br>MOVANTS REQUEST STAY BY PANEL ON INSTANT MOTION UNTIL N.D. GEORGIA RULES ON PENDING MOTION UNDER 28 U.S.C. §1404<br>Requested Transferee Forum: M.D. Tennessee |
| 6/25/74 | | ORDER  Pursuant to movants' request staying consideration of motion pursuant to 1407. Responses to motion are not due until further order of the panel. |
| 7/3/74 | | XR MOVANT'S CERT. OF SERVICE TO INCLUDE CLERKS. |
| 9/18/74 | | ORDER -- Lifting June 25, 1974 stay and setting up a briefing schedule that responses are due on Oct. 3, 1974 and reply thereto on Oct. 8, 1974. Notified counsel |
| 9/18/74 | | JUDGE FREEMAN'S Order re N.D. Ga. 16181 |
| 10/30/74 | | HEARING ORDER -- Setting A-1 and A-2 for hearing on November 22, 1974 in ~~November 22, 1974~~ Washington, D. C. |
| 11/21/74 | | WAIVERS OF ORAL ARGUMENT from:  R. Elliott Dunn, Jr., counsel for plaintiffs and William C. Humphreys, Jr. counsel for movants. |
| 1/9/75 | | CONSENT OF CHIEF JUDGE GRAY for Judge L. Clure Morton to handle litigation in the M.D. Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 1/9/75 | | OPINION AND ORDER transferring action to the M.D. Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 for assignment to Judge L. Clure Morton |
| 2/23/77 | | B-1 Northside Iron and Metal Co., Inc., v. Dobson and Johnson, Inc., M.D.TN., Civil Action No. ~~~~-NA-CV 75-013<br>CONDITIONAL REMAND ORDER FILED TODAY. Notified Involved judge, clerks and panel attorney service list. |
| 3/11/77 | | B-1 NORTHSIDE IRON AND METAL CO., INC. V. DOBSON AND JOHNSON, INC. M.D. TENN, 75-013, conditional Remand Order final today. |

## Description of Litigation

### IN RE WAREHOUSE CONSTRUCTION CONTRACT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 11/22/74
Date(s) of Opinion(s) or Order(s) 1/9/75
Consolidation Ordered XX  Name of Transferee Judge L. CLURE MORTON
Consolidation Denied ___  Transferee District M.D. TENNESSEE

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 (*) | George W. Mullins d/b/a Sweeping and Coating ~~Northside Iron and Metal Co., Inc.,~~ ~~et al.~~ v. Dobson and Johnson, Inc. | N.D.Ga. Freeman | 16181 | 1/9/75 | 75-013-NA-CV | Remanded 3/11/77 | D&J Motion 6/20/74 |
| A-2 | Northside Iron and Metal Co., Inc., v. Dobson and Johnson, Inc., et al. | M.D.Tenn. Morton | 74-47-NA-CA | | | 12/17/76 | " " |
| B-1 | Northside Iron and Metal Co., Inc. et al. v. Dobson and Johnson, Inc. | M.D.Tenn. Morton | 74-393-NA-CV | ------ | §1404 from N.D. Ga. 7 of 8 plaintiffs 12/17/76 | | |

* Claims of seven plaintiffs transferred to M.D. Tenn in 16181 under §1404 J. Freeman At time of transfer only claim against one defendant remained to be transferred under 1407.

Verified correct Judy 1976

1 In
2 A/2
3 Pending

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-180 -- IN RE WAREHOUSE CONSTRUCTION CONTRACT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | App<br>R. Elliott Dunn, Jr., Esquire<br>Post Office Box 243<br>Gainesville, Georgia 30501 | DOBSON AND JOHNSON, INC.<br>Ronald L. Reid, Esquire<br>William C. Humphreys, Jr., Esquire<br>Alston, Miller & Gaines<br>1200 Citizens and Southern Nat'l Bank Building<br>Atlanta, Georgia 30303<br><br>Frank A. Berry, Jr., Esquire<br>Bass, Berry & Simms<br>First American Center<br>Nashville, Tennessee 37238<br><br>THIRD NATIONAL BANK<br>Thomas P. Kannady, Jr., Esquire<br>Third National Bank Building<br>Nashville, Tennessee 37219 |